**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No.  04-cr-00407-F

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. BRETT FLOYD YEOMANS,

 Defendant.

---

**ORDER**

---

 Upon consideration of the Government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony under Specified Conditions pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, it is,

 ORDERED that copies of the transcripts of testimony given before the Grand Jury and other Grand Jury materials be disclosed to Mr. John Mosby, attorney for the defendant, and that the disclosed copies of the Grand Jury transcripts and materials are not to be reproduced and are to be retained in the personal custody or office of the attorney.

 DATED this 9th day of January, 2006.

           BY THE COURT:

           *s/ Phillip S. Figa*

           Hon. Phillip S. Figa
           District Court Judge