IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 07-cv-02446-PSF
Criminal Action No. 04-cr-00407-PSF-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRETT FLOYD YEOMANS,

    Defendant.

---

## ORDER

---

After preliminary consideration of Movant's motion to vacate, set aside or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney, <u>on or before January 16, 2008</u>, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated: December 7, 2007

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*
                                              _____
                                              Phillip S. Figa
                                              United States District Judge