**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 04-CR-00407-REB**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1.  BRETT FLOYD YEOMANS,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

　　This matter was mistakenly set for a Status Conference before the duty Magistrate Judge in Denver on May 3, 2013 at 2:30 p.m., therefore:

　　**IT IS HEREBY ORDERED** the Status Conference set for May 3, 2013 at 2:30 p.m. be VACATED and RESCHEDULED for May 2, 2013 at 2:00 p.m. before the duty Magistrate Judge in Denver, Colorado.

**DATED: April 11, 2013.**

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　**s/David L. West**
　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**