**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No.  04-CR-00407-REB**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. BRETT FLOYD YEOMANS,**

**Defendant.**

## ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

As a result of the bond review hearing on May 7, 2013,

**IT IS HEREBY ORDERED** that the requirement that the Defendant wear an electronic monitoring device is deleted from the conditions of bond.

**IT IS FURTHER ORDERED** that the Probation Officer shall coordinate with the Defendant and his counselor to work out a schedule for testing for alcohol and drugs twice daily along with his counseling sessions and submit a schedule to the Court by Friday, May 10, 2013.

All other terms and conditions of the Defendant's bond shall remain in full force and effect.

**DATED: May 7, 2013.**

> **BY THE COURT:**
>
> **s/David L. West**
> **United States Magistrate Judge**

1